IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

___Concord Music Group, Inc., et al.___,
    Plaintiff(s),

v.                                            Case No._____

___X CORP., D/B/A TWITTER___,
    Defendant(s).

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, <u>Stone Agate Music</u> makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

[X] This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

[X] Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☒ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 6/13/23　　Signature: s/ Steven A. Riley

　　　　　　　　　Printed Name: Steven A. Riley

　　　　　　　　　Title: Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CONCORD MUSIC INC., et al.,

    Plaintiffs,

v.

X CORP., D/B/A TWITTER,

    Defendant.

NO. _____

**Attachment to Stone Agate Music's Business Entity Disclosure**

Stone Agate Music is a division of Jobete Music Co., Inc. Jobete Music Co., Inc. is wholly owned by EMI Blackwood Music Inc. EMI Blackwood Music Inc. is wholly owned by Sony Music Publishing (US) LLC. Sony Music Publishing (US) LLC is wholly owned by EMI Music Publishing Group North America Holdings Inc. EMI Music Publishing Group North America Holdings Inc. is wholly owned by EMI Music Publishing Group International B.V. EMI Music Publishing Group International B.V. is wholly owned by BSG 1 LLC / B.V. BSG 1 LLC / B.V. is wholly owned by Sony Music Publishing LLC. Sony Music Publishing LLC is wholly owned by Sony Music Holdings Inc. Sony Music Holdings Inc. is wholly owned by Sony Corporation of America. Sony Corporation of America is wholly owned by Sony Group Corporation, a publicly traded company organized under the laws of Japan.

# CERTIFICATE OF SERIVCE

   I hereby certify that a true and correct copy of the foregoing document was provided to a private process server for personal service on the following and also sent via U.S. Certified Mail (with return receipt requested) on the 14th day of June 2023 to the following:

X Corp. d/b/a Twitter
C T Corporation System c/o Matthew Taylor
701 S. Carson St. Suite 200
Carson City, NV 89701

*Registered Agent for Defendant*

                     *s/ Steven A. Riley*