IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Concord Music Group, Inc., et al.,
    Plaintiff(s),

v.

Case No._____

X CORP., D/B/A TWITTER,
    Defendant(s).

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, <u>Universal Music Corp. d/b/a 360 Music, & d/b/a Universal Music Works</u> makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

[X] This party is a privately held corporation, incorporated in <u>Delaware</u> and with a principal place of business in <u>California</u>.

[X] This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

[X] Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☒ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 6/14/23　　Signature: s/ Steven A. Riley

　　　　　　　　Printed Name: Steven A. Riley

　　　　　　　　Title: Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>X CORP., D/B/A TWITTER,<br><br>　　　　Defendant. | NO. _____ |

**Attachment to Universal Music Corp.'s Business Entity Disclosure**

Universal Music Corp. d/b/a 360 Music, d/b/a Universal Music Works is wholly owned by Universal Music Group Holdings, Inc. Universal Music Group Holdings, Inc. is wholly owned by Universal Music Group, Inc. Universal Music Group, Inc. is wholly owned by Universal Music Group, N.V, a publicly held corporation. More than 10% of Universal Music Group, N.V.'s stock is held by Compagnie de Cornouaille SAS and PS VII Master, L.P.

## CERTIFICATE OF SERIVCE

      I hereby certify that a true and correct copy of the foregoing document was provided to a private process server for personal service on the following and also sent via U.S. Certified Mail (with return receipt requested) on the 14th day of June 2023 to the following:

X Corp. d/b/a Twitter
C T Corporation System c/o Matthew Taylor
701 S. Carson St. Suite 200
Carson City, NV 89701

*Registered Agent for Defendant*

                                                          *s/ Steven A. Riley*