# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

Concord Music Group, Inc., et al.

*Plaintiff*

v.

X Corp., d/b/a Twitter

*Defendant*

Civil Action No. 3:23-cv-0607

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* X Corp. d/b/a Twitter
C T Corporation System c/o Matthew Taylor
701 S. Carson St. Suite 200
Carson City, NV 89701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven A. Riley
Riley & Jacobson, PLC
1906 West End Ave.
Nashville, TN 37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/14/2023

*Signature of Clerk or Deputy Clerk*



Civil Action No. 3:23-cv-0607

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **X Corp. d/b/a Twitter**
was received by me on *(date)* **06/15/2023**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Carlie Fecteau, Intake Specialist**, who is designated by law to accept service of process on behalf of *(name of organization)* **CT Corporation System** on *(date)* **06/15/2023** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **-0-** for travel and $ **90.00** for services, for a total of $ **90.00**.

I declare under penalty of perjury that this information is true.

Date: 06/15/2023

*Server's signature*

DAWN CALHOUN, Process Server NV PILB LIC 2602
*Printed name and title*

C & H Couriers/
Process Servers
75 McCabe Dr #19208
Reno, NV 89511   (775) 219-2871
*Server's address*

Additional information regarding attempted service, etc:
Documents: Summons; Complaint and Jury Demand; Notice Regarding Business Entity Disclosure Statement; Notice Regarding Consent of the Parties; Notice of Setting of Initial Case Management Conference; Business Entity Forms for the following: ABKCO Music; Anthem; Big Family; Big Machine Music; BMG; Concord Music; EMI April Music Inc.; EMI Blackwood; EMI Consortium; EMI Entertainment World; EMI Mills; EMI U Catalog; Famous Music; Gene Autry's; Hipgnosis SFH; Hipgnosis Songs; J&N Publishing; Jobete Music; Kobalt; Lyric; Mayimba; Peer International; Peer Music III; Peermusic, Ltd.; Peertunes, Ltd.; Polygram; Reservoir Media; Rick's Music; Songs of Peer; Songs of Universal; Sony Music Publishing; Southern Music; Stone Agate; Stone Diamond; The Royalty Network; Ultra International; Unichappell Music; Universal Music-MGB; Universal Music-Z Tunes; Universal Music Corp; Universal Musica; W Chappell Music; W.C.M. Music; Warner Chappell Music; Warner-Tamerlane; Wixen Music

Case 3:23-cv-00606   Document 5   Filed 06/14/23   Page 2 of 2 PageID #: 116
Case 3:23-cv-00606   Document 52   Filed 06/19/23   Page 2 of 2 PageID #: 296