# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____MATTHEW   COOPER_____ , Bar # _____5807375_____

was duly admitted to practice in the Court on

_____August 11, 2020_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.          On      _____June 15, 2023_____
           New York, New York

                                  By

_____Ruby J. Krajick_____        _____s/ V. Adolphe_____
         Clerk of Court                            Deputy Clerk