# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    ANDREW   L.   GUERRA    , Bar #    5264684

was duly admitted to practice in the Court on

September 27, 2022

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   June 15, 2023
New York, New York

Ruby J. Krajick   By   s/ V. Adolphe
Clerk of Court                Deputy Clerk