

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Keith T. Howell

Admission date: 05/11/2022

was admitted to practice in this court
and is in good standing.

Dated: June 20, 2023        *Jeffrey P. Colwell*