# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__ALEXANDER KAPLAN__, Bar # __AK4207__

was duly admitted to practice in the Court on

__December 05, 2001__

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St. New York, New York  On  __June 16, 2023__

__Ruby J. Krajick__
Clerk of Court

By

s/ Samantha Gonzalez
Deputy Clerk