UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

Concord Music Group, Inc., et al.

v.

X Corp. d/b/a Twitter

Case No. 3:23-cv-00606

Judge Aleta A. Trauger

# MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Carly Kessler Rothman hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiffs.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Steven A. Riley
Riley & Jacobson, PLC
1906 West End Ave., Nashville, TN 37203
(615) 320-3701; sriley@rjfirm.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Carly Kessler Rothman   Signature

Name: Carly Kessler Rothman
State where admitted and State Bar Number: New York - 5410212
Business Address: 461 5th Avenue, 19th Floor, New York, NY 10017
Local Address [if different from above]:
Phone: (212) 951-1253
Email: carly@oandzlaw.com

**CERTIFICATE OF SERIVCE**

  I hereby certify that on July 5, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. Counsel for Defendant, who have not yet made an appearance, were served a true and correct copy via U.S. mail and email.

| | |
|---|---|
| Aubrey B. Harwell III<br>William J. Harbison II<br>Olivia Arboneaux<br>NEAL & HARWELL, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, Tennessee 37203<br>Telephone: (615) 244-1713<br>tharwell@nealharwell.com<br>jharbison@nealharwell.com<br>oarboneaux@nealharwell.com<br><br>Alex Spiro<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10011<br>Tel: (212) 849-7000<br>alexspiro@quinnemanuel.com | Andrew H. Schapiro<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Email: andrewschapiro@quinnemanuel.com<br><br>David Eiseman<br>Linda J. Brewer<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Tel: (415) 875-6600<br>Email: davideiseman@quinnemanuel.com<br>Email: lindabrewer@quinnemanuel.com<br><br>*Attorneys for Defendant* |

                   *s/ Steven A. Riley*