# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

____CARLY   KESSLER   ROTHMAN____ , Bar # ____CK1890____

was duly admitted to practice in the Court on

____November 01, 2016____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.           On     ____June 22, 2023____
           New York, New York

____Ruby J. Krajick____    By    s/ ____Samantha Gonzalez____
     Clerk of Court                       Deputy Clerk