# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__MATTHEW JAN OPPENHEIM__, Bar # __MO1313__

was duly admitted to practice in the Court on

__October 17, 2006__

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St. New York, New York On __June 20, 2023__

Ruby J. Krajick
Clerk of Court

By s/ Samantha Gonzalez
Deputy Clerk