# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__MEREDITH  E.  STEWART__ , Bar # __5639547__

was duly admitted to practice in the Court on

__March 21, 2023__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  __June 16, 2023__
New York, New York

Ruby J. Krajick     By      s/ V. Adolphe
Clerk of Court              Deputy Clerk