UNITED STATES DISTRICT COURT

Eastern **DISTRICT OF** Virginia

**CERTIFICATE OF GOOD STANDING**

I, Fernando Galindo, *Clerk of this Court,*

*certify that* Scott Alexander Zebrak, *Bar #* 38729,

*was duly admitted to practice in this Court on*

August 23, 1996, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at Alexandria, VA on June 22, 2023.
LOCATION                              DATE

Fernando Galindo
CLERK OF COURT

*[signature]*
DEPUTY CLERK