# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Concord Music Group, Inc. et al.,

Plaintiffs

v.

X Corp., d/b/a Twitter,

Defendant.

Case No. 3:23-cv-00606
District Judge Aleta A. Trauger

## JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Plaintiffs and Defendant jointly move the Court for an extension of responsive deadlines. The parties have agreed that, in recognition and anticipation of the case management conference set for October 16, 2023, the following schedule is appropriate:

First, Defendant's time to respond to the Complaint shall be extended from July 6, 2023 to August 14, 2023.

Second, should Defendant respond to the Complaint by motion rather than by answer, Plaintiffs shall respond to the motion by September 22, 2023, and Defendant may reply by October 6, 2023.

Therefore, the parties respectfully request the Court extend Defendant's time to respond to the Complaint and adopt the above proposed schedule if the response is by motion.

Dated: July 5, 2023

Respectfully submitted,

s/ *Steven A. Riley*
Steven A. Riley (No. 6258)
John R. Jacobson (No. 14365)
Tim Harvey, (No. 21509)
Grace C. Peck (No. 38558)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
jjacobson@rjfirm.com
tharvey@rjfirm.com
gpeck@rjfirm.com

Scott A. Zebrak
Matthew J. Oppenheim
Keith Howell
Meredith Stewart
(*pro hac vice* applications pending)
OPPENHEIM +ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
scott@oandzlaw.com
matt@oandzlaw.com
khowell@oandzlaw.com
mstewart@oandzlaw.com

Alexander Kaplan
Carly Rothman
Andrew Guerra
Matthew Cooper
(*pro hac vice* applications pending)
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
carly@oandzlaw.com
andrew@oandzlaw.com
mcooper@oandzlaw.com

*Attorneys for Plaintiffs*

Aubrey B. Harwell III (No. 017394)
William J. Harbison II (No. 33330)
Olivia Arboneaux (No. 40225)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
tharwell@nealharwell.com
jharbison@nealharwell.com
oarboneaux@nealharwell.com

Alex Spiro
(*pro hac vice* application forthcoming)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10011
Tel: (212) 849-7000
alexspiro@quinnemanuel.com

Andrew H. Schapiro
(*pro hac vice* application forthcoming)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Email: andrewschapiro@quinnemanuel.com

David Eiseman
Linda J. Brewer
(*pro hac vice* applications forthcoming)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Tel: (415) 875-6600
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com

*Attorneys for Defendant*

# CERTIFICATE OF SERIVCE

   I hereby certify that on July 5, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. Counsel for Defendant, who have not yet made an appearance, were served a true and correct copy via U.S. mail and email.

| | |
|---|---|
| Aubrey B. Harwell III<br>William J. Harbison II<br>Olivia Arboneaux<br>NEAL & HARWELL, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, Tennessee 37203<br>Telephone: (615) 244-1713<br>tharwell@nealharwell.com<br>jharbison@nealharwell.com<br>oarboneaux@nealharwell.com<br><br>Alex Spiro<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10011<br>Tel: (212) 849-7000<br>alexspiro@quinnemanuel.com | Andrew H. Schapiro<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Email: andrewschapiro@quinnemanuel.com<br><br>David Eiseman<br>Linda J. Brewer<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Tel: (415) 875-6600<br>Email: davideiseman@quinnemanuel.com<br>Email: lindabrewer@quinnemanuel.com<br><br>*Attorneys for Defendant* |

                   *s/ Steven A. Riley*