> Motion GRANTED.
> Extensions as requested.
> *[signature]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Concord Music Group, Inc. et al.,<br><br>Plaintiffs<br><br>v.<br><br>X Corp., d/b/a Twitter,<br><br>Defendant. | Case No. 3:23-cv-00606<br>District Judge Aleta A. Trauger |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Plaintiffs and Defendant jointly move the Court for an extension of responsive deadlines. The parties have agreed that, in recognition and anticipation of the case management conference set for October 16, 2023, the following schedule is appropriate:

First, Defendant's time to respond to the Complaint shall be extended from July 6, 2023 to August 14, 2023.

Second, should Defendant respond to the Complaint by motion rather than by answer, Plaintiffs shall respond to the motion by September 22, 2023, and Defendant may reply by October 6, 2023.

Therefore, the parties respectfully request the Court extend Defendant's time to respond to the Complaint and adopt the above proposed schedule if the response is by motion.

Dated: July 5, 2023