UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CONCORD MUSIC GROUP, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-00606 |
| | ) | |
| X CORP. d/b/a TWITTER., | ) | Judge Trauger |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPERANCE

Attorney Olivia R. Arboneaux, of Neal & Harwell, PLC, hereby enters her appearance as counsel for Defendant X Corp. d/b/a Twitter and requests that all filings be served upon her electronically at the e-mail address listed below.

Dated: July 17, 2023				Respectfully submitted,

**NEAL & HARWELL, PLC**

/s/ Olivia R. Arboneaux
Aubrey B. Harwell, III (BPR # 17394)
William J. Harbison II (BPR # 33330)
Olivia R. Arboneaux (BPR # 40225)
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
tharwell@nealharwell.com
jharbison@nealharwell.com
oarboneaux@nealharwell.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Alex Spiro (*pro hac vice* forthcoming)
51 Madison Avenue, 22nd Floor
New York, NY 10011
(212) 849-7000
alexspiro@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice* forthcoming)
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

David Eiseman (*pro hac vice* forthcoming)
Linda J. Brewer (*pro hac vice* forthcoming)
50 California Street, 22nd Floor
San Francisco, CA 94111
davideiseman@quinnemanuel.com
lindabrewer@quinnemanuel.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2023, a true and correct copy of the foregoing has been served on the following via the Court's electronic filing system:

| | |
|---|---|
| **OPPENHEIM & ZEBRAK, LLP**<br>Scott A. Zebrak (*pro hac vice* pending)<br>Matthew J. Oppenheim (*pro hac vice* pending)<br>Keith Howell (*pro hac vice* pending)<br>Meredith Stewart (*pro hac vice* pending)<br>4350 Wisconsin Ave., NW, 5th Floor<br>Washington, DC 20016<br>202-480-2999<br>scott@oandzlaw.com<br>matt@oandzlaw.com<br>khowell@oandzlaw.com<br>mstewart@oandzlaw.com<br><br>Alexander Kaplan (*pro hac vice* pending)<br>Carly Rothman (*pro hac vice* pending)<br>Andrew Guerra (*pro hac vice* pending)<br>Matthew Cooper (*pro hac vice* pending)<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>alex@oandzlaw.com<br>carly@oandzlaw.com<br>andrew@oandzlaw.com<br>mcooper@oandzlaw.com<br><br>*Counsel for Plaintiffs* | **RILEY & JACOBSON, PLC**<br>Steven A. Riley (BPR # 6258)<br>John R. Jacobson (BPR # 14365)<br>Timothy G. Harvey (BPR # 21509)<br>Grace C. Peck (BPR # 38558)<br>1906 West End Avenue<br>Nashville, TN 37203<br>615-320-3700<br>sriley@rjfirm.com<br>jjacobson@rjfirm.com<br>tharvey@rjfirm.com<br>gpeck@rjfirm.com<br><br>*Counsel for Plaintiffs* |

/s/ Olivia R. Arboneaux
Olivia R. Arboneaux