# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Linda Jane Brewer

Bar Number 217730

was duly admitted to practice in this Court on April 6, 2004, and is in good standing as a member of the bar of this Court.

Signed on July 10, 2023 by

*Mark B. Busby*

Mark B. Busby

