# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ DONALD   SETH   FORTENBERY _____ , Bar # _____ ---- _____

was duly admitted to practice in the Court on

_____ June 27, 2023 _____

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.     On     _____ June 27, 2023 _____
New York, New York

_____ Ruby J. Krajick _____
Clerk of Court

By    *D-Shaw*
_____ Deputy Clerk _____