# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    JESSICA ANNE ROSE    , Bar #     JR4300

was duly admitted to practice in the Court on

June 1, 2004

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.      On      July 7, 2023
New York, New York

Ruby J. Krajick      By      s/ D. Shaw
Clerk of Court                 Deputy Clerk