# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Andrew H. Schapiro

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Andrew H. Schapiro was duly admitted to practice in said Court on (09/21/2011) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (07/06/2023 )

Thomas G. Bruton , Clerk,
*Sarah Bouchard*
By: Sarah Bouchard
Deputy Clerk