# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____DYLAN  I.  SCHER_____, Bar # _____5655675_____

was duly admitted to practice in the Court on

_____March 26, 2019_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.        On      _____July 7, 2023_____
           New York, New York

_____Ruby J. Krajick_____   By   _____s/ D. Shaw_____
        Clerk of Court                        Deputy Clerk