# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# David Eiseman

Bar Number 114758

was duly admitted to practice in this Court on March 26, 1986,
and is in good standing as a member of the bar of this Court.



Signed on July 5, 2023 by

Mark B. Busby