# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__ALEX SPIRO__, Bar # __AS3143__

was duly admitted to practice in the Court on

__August 06, 2013__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  New York, New York     On    July 6, 2023

__Ruby J. Krajick__
Clerk of Court

By   __s/ D. Shaw__
Deputy Clerk