# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> X CORP., D/B/A TWITTER, <br><br> Defendant. | Case No. 3:23-cv-00606 <br><br> Hon. Aleta A. Trauger |

## DECLARATION OF JESSICA A. ROSE IN SUPPORT OF
## X CORP.'S MOTION TO DISMISS

I, Jessica A. Rose, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendant X Corp. ("X"). I am a member in good standing of the Bar of the State of New York, and am admitted *pro hac* vice in this action. I submit this declaration in support of X's motion to dismiss the Complaint. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of portions of X's Terms of Service, the contents of which were published on and made publicly accessible at the URL https://twitter.com/en/tos, https://help.twitter.com/en/rules-and-policies/copyright-policy, https://help.twitter.com/en/rules-and-policies/fair-use-policy, https://help.twitter.com/en/rules-

and-policies/twitter-report-violation, and https://help.twitter.com/en/forms/ipi/dmca. I caused these URLs to be visited, and this document printed, on August 9, 2023.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in East Hampton, New York on August 14, 2023.

_____
Jessica A. Rose

2
Case 3:23-cv-00606   Document 78-1   Filed 08/14/23   Page 2 of 2 PageID #: 402