IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> X CORP., D/B/A TWITTER, <br><br> Defendant. | Case No. 3:23-cv-00606 <br><br> Hon. Aleta A. Trauger |

## DEFENDANT X CORP.'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendant X Corp. ("X") respectfully moves the Court for leave to exceed the five (5) page limitation, set forth in Local Rule 7.01(a)(4), for its reply in support of its Motion to Dismiss (Dkt. 77).

In support of this Motion for Leave to Exceed Page Limit, X states the following:

1. The Motion to Dismiss addresses three separate causes of action (direct infringement, contributory liability, and vicarious liability), each of which must be analyzed under its own legal framework.

2. Plaintiffs' opposition to the Motion to Dismiss (Dkt. 79) cites over 60 cases, including over 30 cases not cited in X's Motion to Dismiss, and therefore additional pages are necessary to address and distinguish those cases as warranted.

3. Plaintiffs' opposition brief discusses in detail the Supreme Court's decision in *American Broadcasting Cos., Inc. v. Aereo, Inc.*, 573 U.S. 431 (2014), and X respectfully submits that the Court would benefit from a thorough response to this discussion.

4. Counsel for X conferred with counsel for Plaintiffs pursuant to Local Rule 7.01(a)(1), and Plaintiffs take no position on X's request to exceed the five-page limit.

Accordingly, X respectfully seeks permission of this Court to file a reply brief in excess of the five (5) page limitation, such that it can file a ten (10) page reply brief.

Dated: September 28, 2023

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
andrewschapiro@quinnemanuel.com

Alex Spiro (*pro hac vice*)
Jessica A. Rose (*pro hac vice*)
Dylan I. Scher (*pro hac vice*)
D. Seth Fortenbery (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 895-2500
alexspiro@quinnemanuel.com
jessicarose@quinnemanuel.com
dylanscher@quinnemanuel.com
sethfortenbery@quinnemanuel.com

Respectfully Submitted,

By: */s/ Aubrey B. Harwell III*
Aubrey B. Harwell III (No. 017394)
William J. Harbison II (No. 33330)
Olivia Arboneaux (No. 40225)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
tharwell@nealharwell.com
jharbison@nealharwell.com
oarboneaux@nealharwell.com

David Eiseman (*pro hac vice*)
Linda J. Brewer (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
davideiseman@quinnemanuel.com
lindabrewer@quinnemanuel.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on September 28, 2023, with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

| | |
|---|---|
| Steven A. Riley | Scott A. Zebrak |
| John R. Jacobson | Matthew J. Oppenheim |
| Tim Harvey | Keith Howell |
| Grace C. Peck | Meredith Stewart |
| Riley & Jacobson, PLC | OPPENHEIM +ZEBRAK, LLP |
| 1906 West End Avenue | 4530 Wisconsin Ave., NW, 5th Floor |
| Nashville, TN 37203 | Washington, DC 20016 |
| (615) 320-3700 | Telephone: (202) 480-2999 |
| sriley@rjfirm.com | scott@oandzlaw.com |
| jjacobson@rjfirm.com | matt@oandzlaw.com |
| tharvey@rjfirm.com | khowell@oandzlaw.com |
| gpeck@rjfirm.com | mstewart@oandzlaw.com |
| | |
| | Alexander Kaplan |
| | Carly Rothman |
| | Andrew Guerra |
| | Matthew Cooper |
| | OPPENHEIM + ZEBRAK, LLP |
| | 461 5th Avenue, 19th Floor |
| | New York, NY 10017 |
| | Telephone: (212) 951-1156 |
| | alex@oandzlaw.com |
| | carly@oandzlaw.com |
| | andrew@oandzlaw.com |
| | mcooper@oandzlaw.com |

*Attorneys for Plaintiffs*

By: */s/ Aubrey B. Harwell III*
Aubrey B. Harwell III