IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et. al., | |
| Plaintiffs, | Case No. 3:23-cv-00606 |
| v. | Hon. Aleta A. Trauger |
| X CORP., D/B/A TWITTER, | |
| Defendant. | |

**DEFENDANT X CORP.'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendant X Corp. ("X") respectfully moves the Court for leave to exceed the five (5) page limitation, set forth in Local Rule 7.01(a)(4), for its reply in support of its Motion to Dismiss (Dkt. 77).

In support of this Motion for Leave to Exceed Page Limit, X states the following:

1. The Motion to Dismiss addresses three separate causes of action (direct infringement, contributory liability, and vicarious liability), each of which must be analyzed under its own legal framework.

2. Plaintiffs' opposition to the Motion to Dismiss (Dkt. 79) cites over 60 cases, including over 30 cases not cited in X's Motion to Dismiss, and therefore additional pages are necessary to address and distinguish those cases as warranted.

3. Plaintiffs' opposition brief discusses in detail the Supreme Court's decision in *American Broadcasting Cos., Inc. v. Aereo, Inc.*, 573 U.S. 431 (2014), and X respectfully submits that the Court would benefit from a thorough response to this discussion.