# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>X CORP, *doing business as Twitter*, )<br>)<br>Defendant. ) | Civil No. 3:23-cv-00606<br>Judge Trauger |

## ORDER

Given the pendency of a Motion to Dismiss (Doc. No. 77), it is hereby ORDERED that the initial case management conference scheduled for October 16, 2023 is CONTINUED, to be reset, if appropriate, following a ruling on this motion.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge