IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> X CORP., D/B/A TWITTER, <br><br> Defendant. | Case No. 3:23-cv-00606 <br> District Judge Aleta A. Trauger |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SHORT SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANT X CORP.'S MOTION TO DISMISS**

Plaintiffs request leave to file the attached 5-page sur-reply to address several new matters raised in Defendant's 10-page reply. (Doc. 82). X's reply introduces several new cases and, Plaintiffs submit, confuses various issues. Plaintiffs intended to address these matters at the case management conference that has now been continued and believe that this short sur-reply will substantially assist the Court as it considers Defendant's motion.

Pursuant to Local Rule 7.01(a)(1), Plaintiffs' counsel has conferred with X's counsel and they take "no position" as to the relief requested.

Respectfully submitted,

Scott A. Zebrak (*pro hac vice*)
Matthew J. Oppenheim (*pro hac vice*)
Keith Howell (*pro hac vice*)
Meredith Stewart (*pro hac vice*)
OPPENHEIM +ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016

s/ *Steven A. Riley*
Steven A. Riley (No. 6258)
John R. Jacobson (No. 14365)
Tim Harvey, (No. 21509)
Grace C. Peck (No. 38558)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203

1

Telephone: (202) 480-2999
scott@oandzlaw.com
matt@oandzlaw.com
khowell@oandzlaw.com
mstewart@oandzlaw.com

Alexander Kaplan (*pro hac vice*)
Carly Rothman (*pro hac vice*)
Andrew Guerra (*pro hac vice*)
Matthew Cooper (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
carly@oandzlaw.com
andrew@oandzlaw.com
mcooper@oandzlaw.com

(615) 3203700
sriley@rjfirm.com
jjacobson@rjfirm.com
tharvey@rjfirm.com
gpeck@rjfirm.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses on the attached Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to any non-CM/ECF participants indicated on the attached Notice List.

*s/ Steven A. Riley*
Steven A. Riley

# Mailing Information for a Case 3:23-cv-00606 Concord Music Group, Inc. v. X Corp

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Olivia Rose Arboneaux**
  oarboneaux@nealharwell.com,mbyerly@nealharwell.com

- **Linda Jane Brewer**
  lindabrewer@quinnemanuel.com

- **Matthew Cooper**
  mcooper@oandzlaw.com

- **David Eiseman**
  davideiseman@quinnemanuel.com

- **Donald Seth Fortenbery**
  sethfortenbery@quinnemanuel.com

- **Andrew Guerra**
  andrew@oandzlaw.com

- **William J. Harbison , II**
  jharbison@nealharwell.com,nnguyen@nealharwell.com

- **Timothy G. Harvey**
  tharvey@rjfirm.com,ethomas@rjfirm.com

- **Aubrey B. Harwell , III**
  tharwell@nealharwell.com,kberkheimer@nealharwell.com

- **Keith Howell**
  khowell@oandzlaw.com

- **John R. Jacobson**
  jjacobson@rjfirm.com,jgutierrez@rjfirm.com

- **Alexander Kaplan**
  alex@oandzlaw.com

- **Matthew J. Oppenheim**
  matt@oandzlaw.com

- **Grace Peck**
  gpeck@rjfirm.com,paralegal@oandzlaw.com,jgutierrez@rjfirm.com

- **Steven Allen Riley**
  sriley@rjfirm.com,dgibby@rjfirm.com

- **Jessica Anne Rose**
  jessicarose@quinnemanuel.com

- **Carly Rothman**
  carly@oandzlaw.com

- **Andrew H. Schapiro**
  andrewschapiro@quinnemanuel.com

- **Dylan I. Scher**
  dylanscher@quinnemanuel.com

- **Alex Spiro**
  alexspiro@quinnemanuel.com

- **Meredith E. Stewart**
  mstewart@oandzlaw.com

- **Scott A. Zebrak**
  scott@oandzlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`