> Motion GRANTED.
> *[signature]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> X CORP., D/B/A TWITTER, <br><br> Defendant. | Case No. 3:23-cv-00606 <br> District Judge Aleta A. Trauger |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A SHORT SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANT X CORP.'S MOTION TO DISMISS

Plaintiffs request leave to file the attached 5-page sur-reply to address several new matters raised in Defendant's 10-page reply. (Doc. 82). X's reply introduces several new cases and, Plaintiffs submit, confuses various issues. Plaintiffs intended to address these matters at the case management conference that has now been continued and believe that this short sur-reply will substantially assist the Court as it considers Defendant's motion.

Pursuant to Local Rule 7.01(a)(1), Plaintiffs' counsel has conferred with X's counsel and they take "no position" as to the relief requested.

Respectfully submitted,

Scott A. Zebrak (*pro hac vice*)
Matthew J. Oppenheim (*pro hac vice*)
Keith Howell (*pro hac vice*)
Meredith Stewart (*pro hac vice*)
OPPENHEIM +ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016

s/ *Steven A. Riley*
Steven A. Riley (No. 6258)
John R. Jacobson (No. 14365)
Tim Harvey, (No. 21509)
Grace C. Peck (No. 38558)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203

1