IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> X CORP., D/B/A TWITTER, <br><br> Defendant. | Case No. 3:23-cv-00606 <br><br> **DEFENDANT X CORP.'S NOTICE OF WITHDRAWAL OF ATTORNEY D. SETH FORTENBERY** <br><br> Hon. Aleta A. Trauger |

## NOTICE OF WITHDRAW

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to LR 83.01(g), D. Seth Fortenbery of Quinn Emanuel Urquhart & Sullivan LLC hereby withdraws as counsel of record for Defendant X Corp. in the above-named matter. As grounds for this withdrawal, Mr. Fortenbery states that he is withdrawing from the firm of Quinn Emanuel Urquhart & Sullivan LLP. Attorneys from the law firm of Quinn Emanuel Urquhart & Sullivan LLP will continue as counsel of record for Defendant. Because Defendant is still being represented by other attorneys of record from the same law firm, no proof of prior written notice is required under L.R. 83.01(g).

Defendant respectfully requests that the Court and Parties remove Mr. Fortenbery from all future correspondence.

Dated: January 11, 2024

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
andrewschapiro@quinnemanuel.com

By: */s/ Seth Fortenbery (by permission)*
Seth Fortenbery (*pro hac vice*)
Alex Spiro (*pro hac vice*)
Jessica A. Rose (*pro hac vice*)
Dylan I. Scher (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 895-2500
alexspiro@quinnemanuel.com
jessicarose@quinnemanuel.com
dylanscher@quinnemanuel.com
sethfortenbery@quinnemanuel.com

Respectfully Submitted,

By: */s/ Aubrey B. Harwell III*
Aubrey B. Harwell III (No. 017394)
William J. Harbison II (No. 33330)
Olivia Arboneaux (No. 40225)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
tharwell@nealharwell.com
jharbison@nealharwell.com
oarboneaux@nealharwell.com

David Eiseman (*pro hac vice*)
Linda J. Brewer (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
davideiseman@quinnemanuel.com
lindabrewer@quinnemanuel.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on January 11, 2024 with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

Steven A. Riley
John R. Jacobson
Tim Harvey
Grace C. Peck
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
jjacobson@rjfirm.com
tharvey@rjfirm.com
gpeck@rjfirm.com

Scott A. Zebrak
Matthew J. Oppenheim
Keith Howell
Meredith Stewart
OPPENHEIM +ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
scott@oandzlaw.com
matt@oandzlaw.com
khowell@oandzlaw.com
mstewart@oandzlaw.com

Alexander Kaplan
Carly Rothman
Andrew Guerra
Matthew Cooper
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
carly@oandzlaw.com
andrew@oandzlaw.com
mcooper@oandzlaw.com

*Attorneys for Plaintiffs*

By: */s/ Aubrey B. Harwell III*
Aubrey B. Harwell III