*Withdrawal GRANTED.*

*[signature: Aleta A. Trauger]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., | |
| Plaintiffs, | Case No. 3:23-cv-00606 |
| v. | **PLAINTIFFS' NOTICE OF WITHDRAWAL OF ATTORNEY MATTHEW E. COOPER** |
| X CORP., D/B/A TWITTER, | |
| Defendant. | Hon. Aleta A. Trauger |

## NOTICE OF WITHDRAWAL

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to LR 83.01(g), Matthew E. Cooper of Oppenheim + Zebrak, LLP hereby withdraws as counsel of record for Plaintiffs' Concord Music Group, et al. in the above-named matter. As grounds for this withdrawal, Mr. Cooper states that he is withdrawing from the firm of Oppenheim + Zebrak, LLP. Attorneys from the law firm of Oppenheim + Zebrak, LLP will continue as counsel of record for Plaintiffs. Because Plaintiffs are still being represented by other attorneys of record from the same law firm, no proof of prior written notice is required under L.R. 83.01(g).

Plaintiffs respectfully request that the Court and Parties remove Mr. Cooper from all future correspondence.