UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CONCORD MUSIC GROUP, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:23-cv-00606 |
| | ) | Judge Aleta A. Trauger |
| v. | ) | |
| | ) | |
| X CORP., d/b/a TWITTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, X Corp.'s Motion to Dismiss (Doc. No. 77) is hereby **GRANTED** in part and **DENIED** in part. Counts I and III are **DISMISSED**. Count II is **DISMISSED**, except as to infringement attributable to the following practices: (1) providing more lenient copyright enforcement to "verified" users; (2) failing to act on takedown notices in a timely manner; and (3) failing to take reasonable steps in response to severe serial infringers. The initial case management conference is **RESET** for May 20, 2024 at 1:00 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge