IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., | ) |
| Plaintiffs, | ) |
| | ) Case No.: 3:23-cv-00606 |
| v. | ) |
| | ) Hon. Aleta A. Trauger |
| X CORP., D/B/A TWITTER, | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED**
**MOTION TO EXTEND DEADLINE TO ANSWER**

Defendant, X Corp, files this Unopposed Motion to Extend Deadline to Answer as follows:

Pursuant to Federal Rule of Civil Procedure 12, Defendant's Answer is due 14 days after the Court's ruling on a dispositive motion. The Court entered an opinion on Defendant's Motion to Dismiss on March 5, 2024. Therefore, Defendant's Answer is due March 19, 2024.

Defendant respectfully requests an extension of the deadline April 9, 2024. The scope of the case has changed due to the Court's ruling on Defendant's Motion to Dismiss, and Defendant would like more time to assess its Answer. Undersigned counsel has conferred with Plaintiffs' counsel, who has confirmed that Plaintiffs consent to Defendant's request for an extension. Defendant therefore requests that the Court enter an Order extending Defendant's deadline to Answer to April 9, 2024.

**WHEREFORE**, Defendant respectfully requests an extension of the deadline to file an Answer to April 9, 2024.

Dated: March 14, 2024.

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
andrewschapiro@quinnemanuel.com

Alex Spiro (*pro hac vice*)
Jessica A. Rose (*pro hac vice*)
Dylan I. Scher (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 895-2500
alexspiro@quinnemanuel.com
jessicarose@quinnemanuel.com
dylanscher@quinnemanuel.com

Respectfully Submitted,

By: */s/ Aubrey B. Harwell III*
Aubrey B. Harwell III (No. 017394)
William J. Harbison II (No. 33330)
Olivia Arboneaux (No. 40225)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
tharwell@nealharwell.com
jharbison@nealharwell.com
oarboneaux@nealharwell.com

David Eiseman (*pro hac vice*)
Linda J. Brewer (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
davideiseman@quinnemanuel.com
lindabrewer@quinnemanuel.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on March 14, 2024, with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

Steven A. Riley
John R. Jacobson
Tim Harvey
Grace C. Peck
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
jjacobson@rjfirm.com
tharvey@rjfirm.com
gpeck@rjfirm.com

Scott A. Zebrak
Matthew J. Oppenheim
Keith Howell
Meredith Stewart
OPPENHEIM +ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
scott@oandzlaw.com
matt@oandzlaw.com
khowell@oandzlaw.com
mstewart@oandzlaw.com

Alexander Kaplan
Carly Rothman
Andrew Guerra
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
carly@oandzlaw.com
andrew@oandzlaw.com

*Attorneys for Plaintiffs*

By: */s/ Aubrey B. Harwell III*
      Aubrey B. Harwell III