> Motion GRANTED.
> /s/ Aleta A. Trauger

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 3:23-cv-00606 |
| X CORP., D/B/A TWITTER, | ) Hon. Aleta A. Trauger |
| Defendant. | ) |

## DEFENDANT'S UNOPPOSED
## MOTION TO EXTEND DEADLINE TO ANSWER

Defendant, X Corp, files this Unopposed Motion to Extend Deadline to Answer as follows:

Pursuant to Federal Rule of Civil Procedure 12, Defendant's Answer is due 14 days after the Court's ruling on a dispositive motion. The Court entered an opinion on Defendant's Motion to Dismiss on March 5, 2024. Therefore, Defendant's Answer is due March 19, 2024.

Defendant respectfully requests an extension of the deadline April 9, 2024. The scope of the case has changed due to the Court's ruling on Defendant's Motion to Dismiss, and Defendant would like more time to assess its Answer. Undersigned counsel has conferred with Plaintiffs' counsel, who has confirmed that Plaintiffs consent to Defendant's request for an extension. Defendant therefore requests that the Court enter an Order extending Defendant's deadline to Answer to April 9, 2024.

**WHEREFORE**, Defendant respectfully requests an extension of the deadline to file an Answer to April 9, 2024.