IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 3:23-cv-00606 |
| X CORP., D/B/A TWITTER, | ) Hon. Aleta A. Trauger |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Defendant, X Corp., files this Unopposed Motion to Continue Case Management Conference as follows:

Pursuant to the Court's Order granting in part and denying in part Defendant's Motion to Dismiss, the Initial Case Management Conference is set for May 20, 2024. [Doc. No. 91]. Defendant respectfully requests the Initial Case Management Conference be reset to May 13, 2024. Undersigned counsel has conferred with Plaintiffs' counsel, who has confirmed that Plaintiffs agree to Defendant's request for continuance. Defendant also coordinated with the court clerk who verified May 13, 2024 as an available date for the Court. Defendant therefore requests that the Court enter an Order resetting the Initial Case Management Conference to May 13, 2024.

**WHEREFORE**, Defendant respectfully requests a continuance of the Initial Case Management Conference to May 13, 2024.

Dated: April 11, 2024.

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
andrewschapiro@quinnemanuel.com

Alex Spiro (*pro hac vice*)
Jessica A. Rose (*pro hac vice*)
Dylan I. Scher (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 895-2500
alexspiro@quinnemanuel.com
jessicarose@quinnemanuel.com
dylanscher@quinnemanuel.com

Respectfully Submitted,

By: */s/ Aubrey B. Harwell III*
Aubrey B. Harwell III (No. 017394)
William J. Harbison II (No. 33330)
Olivia Arboneaux (No. 40225)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
tharwell@nealharwell.com
jharbison@nealharwell.com
oarboneaux@nealharwell.com

David Eiseman (*pro hac vice*)
Linda J. Brewer (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
davideiseman@quinnemanuel.com
lindabrewer@quinnemanuel.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on April 11, 2024, with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

| | |
|---|---|
| Steven A. Riley<br>John R. Jacobson<br>Tim Harvey<br>Grace C. Peck<br>Riley & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>(615) 320-3700<br>sriley@rjfirm.com<br>jjacobson@rjfirm.com<br>tharvey@rjfirm.com<br>gpeck@rjfirm.com | Scott A. Zebrak<br>Matthew J. Oppenheim<br>Keith Howell<br>Meredith Stewart<br>OPPENHEIM +ZEBRAK, LLP<br>4530 Wisconsin Ave., NW, 5th Floor<br>Washington, DC 20016<br>Telephone: (202) 480-2999<br>scott@oandzlaw.com<br>matt@oandzlaw.com<br>khowell@oandzlaw.com<br>mstewart@oandzlaw.com<br><br>Alexander Kaplan<br>Carly Rothman<br>Andrew Guerra<br>OPPENHEIM + ZEBRAK, LLP<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>Telephone: (212) 951-1156<br>alex@oandzlaw.com<br>carly@oandzlaw.com<br>andrew@oandzlaw.com<br><br>*Attorneys for Plaintiffs* |

By: */s/ Aubrey B. Harwell III*
      Aubrey B. Harwell III