IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Initial Case Management Conference RESET for 5/13/2024 at 2:30 p.m.
>
> /s/ Aleta A. Trauger

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 3:23-cv-00606 |
| v. ) | |
| ) | Hon. Aleta A. Trauger |
| X CORP., D/B/A TWITTER, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Defendant, X Corp., files this Unopposed Motion to Continue Case Management Conference as follows:

Pursuant to the Court's Order granting in part and denying in part Defendant's Motion to Dismiss, the Initial Case Management Conference is set for May 20, 2024. [Doc. No. 91]. Defendant respectfully requests the Initial Case Management Conference be reset to May 13, 2024. Undersigned counsel has conferred with Plaintiffs' counsel, who has confirmed that Plaintiffs agree to Defendant's request for continuance. Defendant also coordinated with the court clerk who verified May 13, 2024 as an available date for the Court. Defendant therefore requests that the Court enter an Order resetting the Initial Case Management Conference to May 13, 2024.

**WHEREFORE**, Defendant respectfully requests a continuance of the Initial Case Management Conference to May 13, 2024.