IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil No. 3:23-cv-00606 ) Judge Trauger |
| X CORP, *doing business as Twitter*, | ) ) |
| Defendant. | ) |

**ORDER**

It is hereby ORDERED that a discovery dispute telephone conference will be held with counsel for the parties on Thursday, November 14, 2024 at 3:00 p.m. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the telephone conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge