IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00606 |
| ) | Judge Trauger |
| X CORP, *doing business as Twitter*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A telephone conference was held with counsel for the parties on November 14, 2024. It is hereby ORDERED that local counsel for both parties shall participate in trying to resolve the remaining discovery disputes. A follow-up telephone conference will be held with counsel for the parties on Wednesday, December 4, 2024 at 3:30 p.m. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the telephone conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge