# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> X CORP, *doing business as Twitter*, ) <br> ) <br> Defendant. ) | Civil No. 3:23-cv-00606 <br> Judge Trauger |

## ORDER

It is hereby **ORDERED** that the telephone conference with counsel for the parties scheduled for December 4, 2024 at 3:30 p.m. is RESET for the same day at 2:00 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge