IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00606 |
| ) | Judge Trauger |
| X CORP, *doing business as Twitter*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is hereby ORDERED that the parties shall file in the record of the case the Joint Discovery Statement furnished to the court by email on December 3, 2024. The discovery dispute reflected in this document is hereby REFERRED to the Magistrate Judge for disposition.

The telephone conference scheduled with counsel for the parties on December 4, 2024 is CANCELLED.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge