IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. *et al.* ) | |
| ) | Case No. 3:23-cv-00606 |
| v. ) | Judge Trauger |
| ) | Magistrate Judge Holmes |
| X CORP. ) | |

**O R D E R**

The parties' pending discovery dispute, as described in their joint discovery dispute statement (Docket No. 109), was referred to the undersigned for disposition. (Docket No. 108.) A discovery conference will be held on **January 6, 2025, at 2:00 p.m. (CDT)** in Courtroom 3D, Fred D. Thompson U.S. Courthouse, 719 Church Street, Nashville, Tennessee. At least one local counsel for each party must appear for the discovery conference, in addition to any out-of-town counsel. All counsel appearing must be familiar with the case and with the specific discovery dispute and must have full authority for resolution of the dispute.

Counsel, including local counsel, must continue efforts to resolve the described dispute and, must, by no later than **January 2, 2025**, notify the Court of resolution of any or all aspects of the dispute.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge