IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> X CORP., D/B/A TWITTER, <br><br> Defendant. | Case No. 3:23-cv-00606 <br> District Judge Aleta A. Trauger |

### NOTICE REGARDING DISCOVERY CONFERENCE ORDER (ECF 110)

Pursuant to the Court's December 10, 2024 Order (ECF 110), the parties have continued to confer regarding the discovery dispute as outlined by the parties' joint statement, as filed on December 3, 2024 (ECF 109).

As a result of those conferrals, the parties have resolved their dispute as to RFP Nos. 47 and 48 and ROG Nos. 22 and 24. All other issues raised in the parties' joint statement remain in dispute.

Respectfully submitted,

| | |
|---|---|
| Scott A. Zebrak (*pro hac vice*) <br> Matthew J. Oppenheim (*pro hac vice*) <br> Keith Howell (*pro hac vice*) <br> Meredith Stewart (*pro hac vice*) <br> OPPENHEIM +ZEBRAK, LLP <br> 4530 Wisconsin Ave., NW, 5th Floor <br> Washington, DC 20016 <br> Telephone: (202) 480-2999 <br> scott@oandzlaw.com <br> matt@oandzlaw.com <br> khowell@oandzlaw.com | s/ *Steven A. Riley* <br> Steven A. Riley (No. 6258) <br> John R. Jacobson (No. 14365) <br> Tim Harvey (No. 21509) <br> Grace C. Peck (No. 38558) <br> Riley & Jacobson, PLC <br> 1906 West End Avenue <br> Nashville, TN 37203 <br> (615) 3203700 <br> sriley@rjfirm.com <br> jjacobson@rjfirm.com <br> tharvey@rjfirm.com |

1

| | |
|---|---|
| mstewart@oandzlaw.com | gpeck@rjfirm.com |
| Alexander Kaplan (*pro hac vice*)<br>Carly Rothman (*pro hac vice*)<br>Andrew Guerra (*pro hac vice*)<br>OPPENHEIM + ZEBRAK, LLP<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>Telephone: (212) 951-1156<br>alex@oandzlaw.com<br>carly@oandzlaw.com<br>andrew@oandzlaw.com<br>mcooper@oandzlaw.com | *Attorneys for Plaintiffs* |

CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024 I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses on the attached Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to any non-CM/ECF participants indicated on the attached Notice List.

*s/ Steven A. Riley*

Steven A. Riley

3