IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED.==

*[Signature]*

CONCORD MUSIC GROUP, INC. ET AL.,

Plaintiffs,

v.

X CORP., D/B/A TWITTER,

Defendant.

Case No. 3:23-cv-00606
District Judge Aleta A. Trauger

## JOINT MOTION FOR ENTRY OF ADDENDUM TO STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26, the parties, by and through their respective counsel, respectfully jointly move for entry of the attached proposed Addendum to the Stipulated Protective Order (the "Addendum"). The parties have agreed to the language and content of the Addendum and believe its entry is necessary for purposes of facilitating discovery while protecting certain information and documents that may be produced during the discovery process that the parties believe in good faith are sensitive, confidential, proprietary and/or personal.

| | |
|---|---|
| Dated: March 25, 2025 | Respectfully submitted, |
| /s/ William J. Haribson II w/permission | /s/ Steven A. Riley |
| Aubrey B. Harwell III (No. 017394)<br>William J. Harbison II (No. 33330)<br>Olivia Arboneaux (No. 40225)<br>NEAL & HARWELL, PLC<br>1201 Demonbreun Street, Suite 1000 Nashville, Tennessee 37203<br>Telephone: (615) 244-1713<br>tharwell@nealharwell.com<br>jharbison@nealharwell.com | Steven A. Riley (No. 6258)<br>Grace C. Peck (No. 38558)<br>Riley & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>(615) 320-3700<br>sriley@rjfirm.com<br>gpeck@rjfirm.com |