# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| Concord Music Group, Inc. et al., | Case No. 3:23-cv-00606 |
| v. | |
| X Corp., d/b/a Twitter, | Judge Aleta A. Trauger |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Kathleen E. Wills hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiffs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: United States Court of Appeals for the Federal Circuit

    Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

    N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

    N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

    N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Steven A. Riley
Riley & Jacobson, PLC
1906 West End Ave., Nashville, TN 37203
(615) 320-3701; sriley@rjfirm.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Kathleen Wills                                  Signature

Name: Kathleen E. Wills
State where admitted and State Bar Number: Maryland; 2012180142
Business Address: 4530 Wisconsin Avenue, NW Suite 500
Local Address [if different from above]:
Phone: 202-291-0395
Email: kwills@oandzlaw.com

# **CERTIFICATE OF SERVICE**

[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B) and attach as separate page if necessary due to space constraints.]

\*\*FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 10 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion  phv@tnmd.uscourts.gov.

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing was served upon the following person(s) through the ECF system on the 5th day of June 2025:

| | |
|---|---|
| Aubrey B. Harwell III | Alex Spiro |
| William J. Harbison | Jessica A. Rose |
| Olivia Arboneaux | Dylan I. Scher |
| NEAL & HARWELL, PLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 1201 Demonbreun Street, Suite 1000 | 51 Madison Ave., 22nd Floor |
| Nashville, TN 37203 | New York, NY 10011 |
| Telephone: (615) 244-1713 | alexspiro@quinnemanuel.com |
| tharwell@nealharwell.com | jessicarose@quinnemanuel.com |
| jharbison@nealharwell.com | dylanscher@quinnemanuel.com |
| oarboneaux@nealharwell.com | |

Andrew H. Schapiro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
andrewschapiro@quinnemanuel.com

David Eiseman
Linda J. Brewer
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
davideiseman@quinnemanuel.com
lindabrewer@quinnemanuel.com

                  *s/ Steven A. Riley*