IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> X CORP., D/B/A TWITTER, <br><br> Defendant. | Case No. 3:23-cv-00606 <br> District Judge Aleta A. Trauger |

## NOTICE OF EXPIRATION OF STAY OF THE PROCEEDING

Pursuant to the Order to Stay the Proceeding (Doc. 137) ("Order"), the stay of this action and ninety-day adjournment of all deadlines in the case management order expired on September 9, 2025. Plaintiffs and Defendant (collectively, the "Parties") thank the Court for the opportunity the stay provided. The Parties' efforts to reach an amicable settlement have not been successful. While the Parties will continue their discussions, they do not request an extension of the stay at this time. Accordingly, the Parties are conferring and will attempt to promptly and jointly submit a proposed revision to the case management order with changes to the interim dates in the schedule not to affect the trial date.

Dated: September 12, 2025

| | |
|---|---|
| */s/ Jessica A. Rose w/permission* | */s/ Steven A. Riley* |
| Stephen J. Zralek (No. 18971) <br> S. Chase Fann (No. 36794) <br> SPENCER FANE LLP <br> 511 Union Street, Suite 1000 <br> Nashville, Tennessee 37219 <br> Telephone: (615) 238-6300 <br> Facsimile: (615) 238-6301 <br> szralek@spencerfane.com <br> cfann@spencerfane.com | Steven A. Riley (No. 6258) <br> John R. Jacobson (No. 14365) <br> Tim Harvey, (No. 21509) <br> Grace C. Peck (No. 38558) <br> RILEY & JACOBSON, PLC <br> 1906 West End Avenue Nashville, TN 37203 <br> (615) 320-3700 <br> sriley@rjfirm.com jjacobson@rjfirm.com <br> tharvey@rjfirm.com gpeck@rjfirm.com |

1

Alex Spiro (*pro hac vice*)
Jessica A. Rose (*pro hac vice*)
Dylan I. Scher (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10011
Tel: (212) 849-7000
alexspiro@quinnemanuel.com
jessicarose@quinnemanuel.com
dylanscher@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
andrewschapiro@quinnemanuel.com

David Eiseman (*pro hac vice*)
Linda J. Brewer (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor San Francisco,
California 94111
Tel: (415) 875-6600
davideiseman@quinnemanuel.com
lindabrewer@quinnemanuel.com

*Attorneys for Defendant*

Scott A. Zebrak (*pro hac vice*)
Matthew J. Oppenheim (*pro hac vice*)
Keith Howell (*pro hac vice*)
Meredith Stewart (*pro hac vice*)
Kathleen Wills (*pro hac vice*)
OPPENHEIM +ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
scott@oandzlaw.com
matt@oandzlaw.com khowell@oandzlaw.com
mstewart@oandzlaw.com
kwills@oandzlaw.com

Alexander Kaplan (*pro hac vice*)
Carly Rothman (*pro hac vice*)
Andrew Guerra (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue,19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
carly@oandzlaw.com
andrew@oandzlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

   I hereby certify that on September 12, 2025, I authorized the electronic filing of a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to the parties' counsel of record.

                */s/ Steven A. Riley*
                Steven A. Riley