# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> X CORP., D/B/A TWITTER, <br><br> Defendant. | Case No. 3:23-cv-00606 <br> District Judge Aleta A. Trauger |

## UNOPPOSED MOTION TO ENTER REVISED SCHEDULING ORDER

Following the Order to Stay the Proceeding (Doc. 137), the later expiration of such stay (Doc. 138), and subsequent Joint Status Reports (Docs. 139 and 141), Plaintiffs hereby provide the Court with the following status report and proposed revised scheduling order.

1. The Court's June 11, 2025 Order (Doc. 137) stayed proceedings in this case for ninety days to allow the parties to engage in good faith negotiations aimed at amicably and fully resolving this lawsuit. The Court adjourned all deadlines in the case management order by ninety days and indicated the parties could jointly request a further extension if the discussions remain productive, but a resolution had not been reached.

2. Upon expiration of the stay on September 9, 2025, the parties informed the Court that settlement discussions were continuing, but that the parties did not request an extension of the stay at that time (Doc. 138). In that status report, the parties explained that they would jointly submit a proposed revision to the case management order with changes to the interim dates in the case schedule.

3. As discovery resumed, the parties quickly made substantial progress towards a negotiated resolution and written settlement agreement. Accordingly, the parties filed an additional status report with the Court on October 20, 2025 indicating that they would focus on finalizing a settlement; report back to the Court in 14 days; and, in the event they were unable to complete a settlement seek further case management, including

1

for resuming discovery and resetting other deadlines and dates (Doc. 139). The parties filed a similar status report with the Court on November 3, 2025 (Doc. 141).

4. While the parties have made very substantial progress toward settlement and worked on a written settlement agreement, they have been unable to complete a settlement at this time. Accordingly, the parties have agreed on the below revised case schedule for resuming discovery and resetting other deadlines and dates. This proposed schedule provides sufficient time to complete fact depositions, proceed through expert discovery, and then brief dispositive motions.

| **Item** | **Original Deadlines** | **Post 90-Day Stay Deadlines** | **New Proposed Deadlines** |
|---|---|---|---|
| Fact Discovery Deadline | July 17, 2025 | October 15, 2025 | March 6, 2026 |
| Joint Mediation Report | July 24, 2025 | October 22, 2025 | March 13, 2026 |
| Initial Expert Reports | August 28, 2025 | November 26, 2025 | April 10, 2026 |
| Rebuttal Expert Reports | October 30, 2025 | January 28, 2026 | June 5, 2026 |
| Deadline to Depose Experts | January 15, 2026 | April 15, 2026 | July 17, 2026 |
| Summary Judgment Motions | February 12, 2026 | May 13, 2026 | August 7, 2026 |
| Oppositions to SJ Motions | March 26, 2026 | June 24, 2026 | September 18, 2026 |
| Reply to SJ Motions | April 16, 2026 | July 15, 2026 | October 9, 2026 |
| Trial Date | Sept. 15, 2026 | Sept. 15, 2026 | To be assigned |

6. Plaintiffs appreciate the Court's patience and consideration in the management of this case and request that the Court enter a revised scheduling order incorporating the above dates.

7. Counsel for defendant has agreed to the new schedule set forth above.

2

Respectfully submitted,

/s/ Steven A. Riley
Steven A. Riley (No. 6258)
John R. Jacobson (No. 14365)
Tim Harvey, (No. 21509)
RILEY & JACOBSON, PLC
1906 West End Avenue Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
jjacobson@rjfirm.com
tharvey@rjfirm.com

Scott A. Zebrak (*pro hac vice*)
Matthew J. Oppenheim (*pro hac vice*)
Keith Howell (*pro hac vice*)
Meredith Stewart (*pro hac vice*)
Kathleen Wills (*pro hac vice*)
OPPENHEIM +ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
scott@oandzlaw.com
matt@oandzlaw.com
khowell@oandzlaw.com
mstewart@oandzlaw.com
kwills@oandzlaw.com

Alexander Kaplan (*pro hac vice*)
Carly Rothman (*pro hac vice*)
Andrew Guerra (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue,19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
carly@oandzlaw.com
andrew@oandzlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 25, 2025, I authorized the electronic filing of a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to the parties' counsel of record.

      /s/ Steven A. Riley
      Steven A. Riley

4

Case 3:23-cv-00606   Document 142   Filed 11/25/25   Page 4 of 4 PageID #: 1143