> Motion GRANTED.
> Extensions as requested.
> /s/ Aleta A. Trauger

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., D/B/A TWITTER,<br><br>Defendant. | Case No. 3:23-cv-00606<br>District Judge Aleta A. Trauger |

## UNOPPOSED MOTION TO ENTER REVISED SCHEDULING ORDER

Following the Order to Stay the Proceeding (Doc. 137), the later expiration of such stay (Doc. 138), and subsequent Joint Status Reports (Docs. 139 and 141), Plaintiffs hereby provide the Court with the following status report and proposed revised scheduling order.

1. The Court's June 11, 2025 Order (Doc. 137) stayed proceedings in this case for ninety days to allow the parties to engage in good faith negotiations aimed at amicably and fully resolving this lawsuit. The Court adjourned all deadlines in the case management order by ninety days and indicated the parties could jointly request a further extension if the discussions remain productive, but a resolution had not been reached.

2. Upon expiration of the stay on September 9, 2025, the parties informed the Court that settlement discussions were continuing, but that the parties did not request an extension of the stay at that time (Doc. 138). In that status report, the parties explained that they would jointly submit a proposed revision to the case management order with changes to the interim dates in the case schedule.

3. As discovery resumed, the parties quickly made substantial progress towards a negotiated resolution and written settlement agreement. Accordingly, the parties filed an additional status report with the Court on October 20, 2025 indicating that they would focus on finalizing a settlement; report back to the Court in 14 days; and, in the event they were unable to complete a settlement seek further case management, including