# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

CONCORD MUSIC GROUP, INC., et al.,

Case No. 3:23-cv-00606

v.

X CORP., d/b/a TWITTER.

Judge Aleta A. Trauger

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Bevin Brennan hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant X Corp.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: Northern District of Illinois

   Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

3. I have not been found in contempt by any court or tribunal, except as provided below:

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Stephen J. Zralek
Spencer Fane LLP, 511 Union Street, Suite 1000, Nashville, TN 37219
(615) 238-6305
szralek@spencerfane.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Bevin Brennan  Signature

Name: Bevin Brennan
State where admitted and State Bar Number: Illinois 6271982
Business Address: Quinn Emanuel Urquhart & Sullivan, LLP, 191 N. Wacker Dr., Ste. 2700, Chicago, IL 60606
Local Address [if different from above]:
Phone: (312) 705-7459
Email: bevinbrennan@quinnemanuel.com