# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Nashville Division

CONCORD MUSIC GROUP, INC., et al.,

Case No. 3:23-cv-00606

v.

X CORP., d/b/a TWITTER.

Judge Aleta A. Trauger

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court

Middle District of Tennessee, Scott H. Angstreich hereby moves for admission to appear

*pro hac vice* in the above-captioned action as counsel for Defendant X Corp. .

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following

is true and correct:

1.      I am a member in good standing of the following United States District Court or
United States appellate court:

District Court for the District of Columbia

Attached is a Certificate of Good Standing from that court.

2.      I am not, nor have I ever been, the subject of disciplinary proceedings by any
disciplinary authority, court, or tribunal, except as provided below:

3.      I have not been found in contempt by any court or tribunal, except as provided
below:

4.      I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided
below:

5.	I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

6.	I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

7.	I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Stephen J. Zralek
Spencer Fane LLP, 511 Union Street, Suite 1000, Nashville, TN 37219
(615) 238-6305
szralek@spencerfane.com

8.	I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9.	By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/	Scott H. Angstreich	Signature

Name: Scott H. Angstreich

State where admitted and State Bar Number: Dist. of Columbia (471085); New York (2940450)

Business Address: 1615 M Street NW, Suite 400, Washington, DC 20036

Local Address [if different from above]:

Phone: 202-326-7900

Email: sangstreich@kellogghansen.com

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document via the Court's CM/ECF notification system

on March 2, 2026 upon:

Alexander Kaplan
Andrew L. Guerra
Carly Rothman
Daryl Lian Kleiman
Oppenheim & Zebrak, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
alex@oandzlaw.com
andrew@oandzlaw.com
carly@oandzlaw.com
dkleiman@oandzlaw.com

John R. Jacobson
Steven Allen Riley
Timothy G. Harvey
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
jjacobson@rjfirm.com
sriley@rjfirm.com
tharvey@rjfirm.com

Kathleen E. Wills
Keith T. Howell
Matthew J. Oppenheim
Meredith E. Stewart
Scott A. Zebrak
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
kwills@oandzlaw.com
khowell@oandzlaw.com
matt@oandzlaw.com
mstewart@oandzlaw.com
scott@oandzlaw.com

*/s/ Stephen J. Zralek*