# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00606 |
| ) | Judge Trauger |
| X CORP, *doing business as Twitter*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is hereby ORDERED that a discovery dispute telephone conference will be held with counsel for the parties on Tuesday, March 3, 2026 at 3:30 p.m. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the telephone conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge