IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. ET AL., *Plaintiffs*, v. X CORP., D/B/A TWITTER, *Defendant*. | Case No. 3:23-cv-00606 District Judge Aleta A. Trauger |

**DEFENDANT X CORP.'S MOTION TO STAY CASE**

Defendant X Corp. ("X") respectfully moves to stay this case pending the Supreme Court's forthcoming decision in *Cox Communications, Inc. v. Sony Music Entertainment*, No. 24-171. As explained more fully in the accompanying Memorandum of Law, that decision – expected in just a few months – is likely to control all of Plaintiffs' remaining theories of contributory liability and provide clarity on the statutory damages available if any theories survive. A short stay following the close of fact discovery would serve the interests of the parties and the Court, streamlining expert discovery and ensuring that the parties provide relevant presentations to the Court at summary judgment and trial. Because the stay will last only a few months, Plaintiffs will suffer no material prejudice. X further proposes that, within seven days of the Supreme Court's *Cox* decision, the parties should submit a joint status report proposing a new schedule for further proceedings. Pursuant to Local Rule 7.01(a), X conferred with Plaintiffs, and Plaintiffs oppose the motion.

Accordingly, for the reasons set forth in the accompanying Memorandum of Law, the Court should stay this case, pending the Supreme Court's decision in *Cox*.

Dated: March 6, 2026

Joshua D. Branson (*pro hac vice*)
Scott H. Angstreich (*pro hac vice*)
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jbranson@kellogghansen.com
sangstreich@kellogghansen.com

Respectfully submitted,

*/s/ Stephen Zralek*
Stephen J. Zralek (No. 18971)
S. Chase Fann (No. 36794)
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, Tennessee 37219
Tel: (615) 238-6300
Fax: (615) 238-6301
szralek@spencerfane.com
cfann@spencerfane.com


*Counsel for Defendant X Corp.*

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, I filed the foregoing document with the Court and served it on opposing counsel through the Court's CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

John R. Jacobson
Steven Allen Riley
Timothy G. Harvey
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
jjacobson@rjfirm.com
sriley@rjfirm.com
tharvey@rjfirm.com

Kathleen E. Wills
Keith T. Howell
Matthew J. Oppenheim
Meredith E. Stewart
Scott A. Zebrak
Jeffrey M. Gould
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
kwills@oandzlaw.com
khowell@oandzlaw.com
matt@oandzlaw.com
mstewart@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

Alexander Kaplan
Andrew L. Guerra
Carly Rothman
Daryl Lian Kleiman
Oppenheim & Zebrak, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
alex@oandzlaw.com
andrew@oandzlaw.com
carly@oandzlaw.com
dkleiman@oandzlaw.com

    */s/ Stephen Zralek*
    Stephen J. Zralek