IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00606 |
| ) | Judge Trauger |
| X CORP, *doing business as Twitter*, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

A telephone conference was held with counsel for the parties on March 13, 2026. The following are hereby ORDERED:

1. By March 27, 2026, the defendant shall file a report detailing the investigation it has engaged in in order to identify why certain crucial documents that were reviewed were not timely produced and why other documents that should have been reviewed were not reviewed at all. The report shall contain details about how the defendant is remedying these deficiencies.

2. The defendant's Motion to Stay Case (Doc. No. 166) is DENIED.

3. By March 20, 2026, the defendant shall file its motion to compel in connection with the production by the plaintiffs of licensing agreements with certain social media companies or information contained therein. The plaintiff shall respond by April 8, 2026, and the defendant may file a reply by April 15, 2026. The parties appear to agree that this information only impacts the disclosure of damages experts.

4. The parties shall confer and attempt to agree on an extension of time for the disclosure of initial expert witness information.

5. A further telephone conference will be held with counsel for the parties on Tuesday, March 17, 2026 at 2:00 p.m. Central Standard Time. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the telephone conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge