**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

|  |  |
|---|---|
| CONCORD MUSIC GROUP, INC. ET AL., | |
| Plaintiffs, | |
| v. | Case No. 3:23-cv-00606<br>District Judge Aleta A. Trauger |
| X CORP., D/B/A TWITTER, | |
| Defendant. | |

**JOINT MOTION REGARDING EXPERT DISCLOSURES**

The parties have conferred as directed by the Court (see Doc. 171). Defendant states that it intends to provide its damages expert disclosures via a rebuttal report, not an initial report. The parties propose that, in the event the Court grants Defendant's motion to compel Plaintiffs to produce copies of their licensing agreements with certain social media companies or information contained therein, the parties' Revised Scheduling Order (Doc. 142) shall be modified as follows:

(a) the rebuttal report from Defendant's damages expert would be due at the later of either June 5, 2026 or 30 days from the completion date of Plaintiffs' production;

(b) other experts of either Plaintiffs or Defendant may also supplement their report to address any such production, provided that they do so within 14-days of the production;

Except as set forth above, all dates and deadlines for expert disclosures and completion of expert depositions remain in place, without modification.

1

/s/ Chase Fann w/permission___

Stephen J. Zralek (No. 18971)
S. Chase Fann (No. 36794)
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, Tennessee 37219
Telephone: (615) 238-6300
Facsimile: (615) 238-6301
szralek@spencerfane.com
cfann@spencerfane.com

Joshua D. Branson (*pro hac vice*)
Scott H. Angstreich (*pro hac vice*)
Andrew C. Shen (*pro hac vice*)
Dennis D. Howe (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M. Street NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
jbranson@kellogghansen.com
sangstreich@kellogghansen.com
ashen@kellogghansen.com
dennis@kellogghansen.com

*Attorneys for Defendant*

/s/ Steven A. Riley_____

Steven A. Riley (No. 6258)
John R. Jacobson (No. 14365)
Tim Harvey, (No. 21509)
RILEY & JACOBSON, PLC
1906 West End Avenue Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
jjacobson@rjfirm.com
tharvey@rjfirm.com

Scott A. Zebrak (*pro hac vice*)
Matthew J. Oppenheim (*pro hac vice*)
Keith Howell (*pro hac vice*)
Meredith Stewart (*pro hac vice*)
Kathleen Wills (*pro hac vice*)
OPPENHEIM +ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
scott@oandzlaw.com
matt@oandzlaw.com
khowell@oandzlaw.com
mstewart@oandzlaw.com
kwills@oandzlaw.com

Alexander Kaplan (*pro hac vice*)
Carly Rothman (*pro hac vice*)
Andrew Guerra (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue,19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
carly@oandzlaw.com
andrew@oandzlaw.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, I authorized the electronic filing of a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to the parties' counsel of record.

/s/ Steven A. Riley
Steven A. Riley

3