**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

CONCORD MUSIC GROUP, INC., ET AL.,    )
                                        )

     Plaintiffs,                     )
                                        )

v.                                       )      Civil No. 3:23-cv-00606
                                        )      Judge Trauger

X CORP, *doing business as Twitter*,    )
                                        )

     Defendant.                   )

## <u>ORDER</u>

It is hereby ORDERED that the plaintiffs shall respond to the defendant's Request for a

status conference by March 31, 2026.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge