# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

CONCORD MUSIC GROUP, INC. ET AL.,

       *Plaintiffs*,

    v.

X CORP., D/B/A TWITTER,

       *Defendant*.

Case No. 3:23-cv-00606
Judge Aleta A. Trauger

## JOINT MOTION FOR STAY
## AND WITHDRAWAL OF REQUEST FOR STATUS CONFERENCE

Plaintiffs and Defendant (collectively, the "Parties") jointly request that the Court stay all current deadlines in this case for good cause and permit the parties to engage in the motions practice described below.

The parties now agree that, in light of the procedural posture of the case, including with fact discovery just having been completed, it would be an efficient use of time and resources to address the parties' respective positions on how this case should proceed following the Supreme Court's recent decision in *Cox Communications, Inc. v. Sony Music Entertainment*, No. 24-171 (U.S. Mar. 25, 2026). The parties further agree that a stay of all deadlines in the current schedule, including those pertaining to expert discovery, summary judgment, and Defendant's Motion to Compel (Dkt. 174), will provide the parties with time to meet and confer regarding the appropriate next steps for this litigation and engage in any related motions practice.

Defendant has indicated its intention to file a dispositive motion under Rule 12(c) or alternatively Rule 54(b). (Dkt. 177). Plaintiffs have indicated that they intend to oppose Defendant's dispositive motion and may file a motion to amend pursuant to Rule 15(a)(2) and/or

for reconsideration of this Court's motion to dismiss ruling under Rule 54(b). (Dkt. 181). The parties propose to inform the Court jointly, by Wednesday, April 8, 2026, of the outcome of their discussions, which they anticipate will result in a joint proposed schedule for briefing one or more of these motions.

If the Court approves the joint request for a stay and the April 8, 2026 deadline to provide a joint proposed schedule, the parties agree that there is no need for a status conference at this time. If the Court wishes to conduct a status conference, counsel for all parties will be able to attend.

Dated:  April 1, 2026

Respectfully submitted,

*/s/ Steven A. Riley, by SJZ w/ permission*
Steven A. Riley (No. 6258)
John R. Jacobson (No. 14365)
Tim Harvey, (No. 21509)
Grace C. Peck (No. 38558)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
jjacobson@rjfirm.com
tharvey@rjfirm.com
gpeck@rjfirm.com

Scott A. Zebrak (*pro hac vice*)
Matthew J. Oppenheim (*pro hac vice*)
Keith Howell (*pro hac vice*)
Meredith Stewart (*pro hac vice*)
OPPENHEIM +ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
scott@oandzlaw.com
matt@oandzlaw.com
khowell@oandzlaw.com
mstewart@oandzlaw.com

*/s/ Stephen J. Zralek*
Stephen J. Zralek (No. 18971)
S. Chase Fann (No. 36794)
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, Tennessee 37219
Tel:  (615) 238-6300
Fax:  (615) 238-6301
szralek@spencerfane.com
cfann@spencerfane.com

Joshua D. Branson (*pro hac vice*)
Scott H. Angstreich (*pro hac vice*)
Kellogg, Hansen, Todd,
   Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
jbranson@kellogghansen.com
sangstreich@kellogghansen.com

*Counsel for Defendant X Corp.*

Alexander Kaplan (*pro hac vice*)
Carly Rothman (*pro hac vice*)
Andrew Guerra (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
carly@oandzlaw.com
andrew@oandzlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026, I filed the foregoing document with the Court and served it on counsel through the Court's CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

John R. Jacobson
Steven Allen Riley
Timothy G. Harvey
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
jjacobson@rjfirm.com
sriley@rjfirm.com
tharvey@rjfirm.com

Kathleen E. Wills
Keith T. Howell
Matthew J. Oppenheim
Meredith E. Stewart
Scott A. Zebrak
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
kwills@oandzlaw.com
khowell@oandzlaw.com
matt@oandzlaw.com
mstewart@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

Alexander Kaplan
Andrew L. Guerra
Carly Rothman
Daryl Lian Kleiman
Oppenheim & Zebrak, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
alex@oandzlaw.com
andrew@oandzlaw.com
carly@oandzlaw.com
dkleiman@oandzlaw.com

*/s/ Stephen J. Zralek*