**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

CONCORD MUSIC GROUP, INC., ET AL.,    )
         )
    Plaintiffs,    )
         )
v.    )    Civil No.  3:23-cv-00606
         )    Judge Trauger
X CORP, *doing business as Twitter*,    )
         )
    Defendant.    )

## <u>ORDER</u>

The defendant's Request for a Status Conference (Doc. No. 177), to which the plaintiffs have filed a Response (Doc. No. 181) is DENIED. The parties have agreed to confer and file a proposed briefing schedule, given the recent ruling by the United States Supreme Court. (Doc. No. 182).

It is further ORDERED that all deadlines set in this case are STAYED pending further order of the court.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge