# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| CONCORD MUSIC GROUP, INC. ET AL.,<br><br>*Plaintiffs*,<br><br>   v.<br><br>X CORP., D/B/A TWITTER,<br><br>*Defendant*. | Case No. 3:23-cv-00606<br>Judge Aleta A. Trauger |

## JOINT MOTION FOR STAY
## AND WITHDRAWAL OF REQUEST FOR STATUS CONFERENCE

Plaintiffs and Defendant (collectively, the "Parties") jointly request that the Court stay all current deadlines in this case for good cause and permit the parties to engage in the motions practice described below.

The parties now agree that, in light of the procedural posture of the case, including with fact discovery just having been completed, it would be an efficient use of time and resources to address the parties' respective positions on how this case should proceed following the Supreme Court's recent decision in *Cox Communications, Inc. v. Sony Music Entertainment*, No. 24-171 (U.S. Mar. 25, 2026). The parties further agree that a stay of all deadlines in the current schedule, including those pertaining to expert discovery, summary judgment, and Defendant's Motion to Compel (Dkt. 174), will provide the parties with time to meet and confer regarding the appropriate next steps for this litigation and engage in any related motions practice.

Defendant has indicated its intention to file a dispositive motion under Rule 12(c) or alternatively Rule 54(b). (Dkt. 177). Plaintiffs have indicated that they intend to oppose Defendant's dispositive motion and may file a motion to amend pursuant to Rule 15(a)(2) and/or