# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

CONCORD MUSIC GROUP, INC. ET AL.,

*Plaintiffs*,

v.

X CORP., D/B/A TWITTER,

*Defendant*.

Case No. 3:23-cv-00606
Judge Aleta A. Trauger

## JOINT NOTICE AND PROPOSED SCHEDULE

Plaintiffs and Defendant have conferred (see Docs. 182, 183, and 184) and jointly propose the schedule below.

**May 11, 2026:** Deadline for Plaintiffs to file an amended complaint that updates their allegations in support of Count II (contributory infringement) following fact discovery and the Supreme Court's recent decision in *Cox Communications, Inc. v. Sony Music Entertainment*, No. 24-171 (U.S. Mar. 25, 2026). Defendant consents to such an amendment by Plaintiffs to Count II while reserving all rights to move to dismiss the amended claim. No motion for leave is required for Plaintiffs to file such an amendment as to Count II. Defendant does not consent to any other amendment to the complaint. Any request by Plaintiffs to amend their complaint in any way other than as to Count II, for reconsideration of the Court's March 5, 2024 motion to dismiss Order, or to reinstate the dismissed claims of direct infringement (Count I) and vicarious liability (Count III), must be made by motion. The parties have agreed further that the deadline for Plaintiffs to file any such motion is also May 11, 2026. By agreeing to this schedule, Defendant does not agree that

NSH 3739740.1

such a motion would be timely or procedurally proper. Plaintiffs and Defendant both reserve all arguments about such a motion.

**June 11, 2026:** Deadline for Defendant to file a motion to dismiss the amended Count II (contributory infringement) or a motion for judgment on the pleadings for the existing Count II if Plaintiffs elect not to amend the allegations in support of that count. If Plaintiffs move for leave to further amend their complaint, for reconsideration of the Court's March 5, 2024 Order, or to reinstate the dismissed claims in Counts I or III, this is also the deadline for Defendant's opposition to that motion.

**July 13, 2026:** Deadline for Plaintiffs to file their opposition to Defendant's motion to dismiss or motion for judgment on the pleadings as to Count II. This is also the deadline for Plaintiffs to file a reply in support of any motion to further amend the complaint, for reconsideration of the Court's March 5, 2024 Order, or to reinstate the dismissed claims in Counts I or III.

**August 14, 2026:** Deadline for Defendant's reply in support of its motion to dismiss or motion for judgment on the pleadings as to Count II.

Dated:  April 8, 2026

*/s/ Steven A. Riley by SJZ w/ permission*
Steven A. Riley (No. 6258)
John R. Jacobson (No. 14365)
Tim Harvey, (No. 21509)
Grace C. Peck (No. 38558)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
jjacobson@rjfirm.com
tharvey@rjfirm.com
gpeck@rjfirm.com

Respectfully submitted,

*/s/ Stephen J. Zralek*
Stephen J. Zralek (No. 18971)
S. Chase Fann (No. 36794)
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, Tennessee 37219
Tel:  (615) 238-6300
Fax:  (615) 238-6301
szralek@spencerfane.com
cfann@spencerfane.com

Scott A. Zebrak (*pro hac vice*)
Meredith Stewart (*pro hac vice*)
Kathleen Wills (*pro hac vice*)
OPPENHEIM +ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
scott@oandzlaw.com
mstewart@oandzlaw.com
kwills@oandzlaw.com

Alexander Kaplan (*pro hac vice*)
Daryl Kleimann (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
andrew@oandzlaw.com

*Counsel for Plaintiffs*

Joshua D. Branson (*pro hac vice*)
Scott H. Angstreich (*pro hac vice*)
Kellogg, Hansen, Todd,
   Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
jbranson@kellogghansen.com
sangstreich@kellogghansen.com

*Counsel for Defendant X Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, I filed the foregoing document with the Court and served it on counsel through the Court's CM/ECF system.  Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

*/s/ Stephen J. Zralek*

NSH 3739740.1