**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

CONCORD MUSIC GROUP, INC., ET AL.,    )
    )
    Plaintiffs,    )
    )
v.    )    Civil No.  3:23-cv-00606
    )    Judge Trauger
X CORP, *doing business as Twitter*,    )
    )
    Defendant.    )

## ORDER

The proposed briefing schedule set out in the Joint Notice and Proposed Schedule filed

by the parties (Doc. No. 187) is acceptable to the court, and the proposed deadlines are hereby

ORDERED.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge