# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Nashville Division

CONCORD MUSIC GROUP, INC., et al.,

Case No. 3:23-cv-00606

v.

X CORP., d/b/a TWITTER.

Judge Aleta A. Trauger

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Ashle J. Holman hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant X Corp. .

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court:

United States Court of Appeals for the D.C. Circuit

Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

3. I have not been found in contempt by any court or tribunal, except as provided below:

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

5.     I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

6.     I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

7.     I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Stephen J. Zralek
Spencer Fane LLP, 511 Union Street, Suite 1000, Nashville, TN 37219
(615) 238-6305
szralek@spencerfane.com

8.     I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9.     By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Ashle J. Holman

/s/_____ Signature

Name: Ashle J. Holman

State where admitted and State Bar Number: District of Columbia (1672863)

Business Address: 1615 M Street NW, Suite 400, Washington, DC 20036

Local Address [if different from above]:

Phone: 202-326-7900

Email: aholman@kellogghansen.com

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this document via the Court's CM/ECF notification system

on April 14, 2026 upon:

Alexander Kaplan
Andrew L. Guerra
Carly Rothman
Daryl Lian Kleiman
Oppenheim & Zebrak, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
alex@oandzlaw.com
andrew@oandzlaw.com
carly@oandzlaw.com
dkleiman@oandzlaw.com

John R. Jacobson
Steven Allen Riley
Timothy G. Harvey
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
jjacobson@rjfirm.com
sriley@rjfirm.com
tharvey@rjfirm.com

Kathleen E. Wills
Keith T. Howell
Matthew J. Oppenheim
Meredith E. Stewart
Scott A. Zebrak
Jeffrey M. Gould
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
kwills@oandzlaw.com
khowell@oandzlaw.com
matt@oandzlaw.com
mstewart@oandzlaw.com
scott@oandzlaw.com
Jeff@oandzlaw.com

*/s/ Stephen J. Zralek*