**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>X CORP, *doing business as Twitter*, )<br>)<br>Defendant. ) | Civil No.  3:23-cv-00606<br>Judge Trauger |

## <u>ORDER</u>

Because of later developments in this case, the court presumes that Defendant X Corp's Motion to Compel Plaintiffs to Produce License Agreements (Doc. No. 174) should be denied as moot. If that assumption is in error, the parties shall file a joint proposed briefing schedule for the filing of a response and reply to this motion by May 15, 2026.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge