**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

|  |  |
|---|---|
| CONCORD MUSIC GROUP, INC. ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> X. CORP. D/B/A TWITTER AND X <br><br> Defendant. | Case No. 3:23-cv-00606 <br> District Judge Aleta A. Trauger |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rules 5.03 and 7.01 and § 5.07 of Administrative Order No. 167-1, Plaintiffs move the Court for leave to file under seal an unredacted version of Plaintiffs' Second Amended Complaint (the "Complaint").

Under the Stipulated Protective Order (ECF 104, as supplemented by ECF 129) (the "Protective Order"), a party wishing to include in a document filed with the Court any information designated CONFIDENTIAL, HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, or RESTRICTED COMPETITIVELY SENSITIVE INFORMATION "shall file a motion seeking an order from the Court to file the document (or a portion of the document) under seal pursuant to Local Rule 5.03." Protective Order at 15 § 14. The Complaint includes information from (a) documents Defendant produced and (b) transcripts of deposition testimony from Defendant's witnesses, which Defendant has designated as CONFIDENTIAL, HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, and/or RESTRICTED COMPETITIVELY SENSITIVE INFORMATION. The parties have met and conferred, and Defendant does not oppose this request. Thus, pursuant to the Protective Order, Plaintiffs have filed an unredacted copy of the Complaint under seal.

Respectfully submitted,

s/ *Steven A. Riley*
Steven A. Riley (No. 6258)
John R. Jacobson (No. 14365)
Tim Harvey, (No. 21509)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
jjacobson@rjfirm.com
tharvey@rjfirm.com

Scott A. Zebrak
Meredith Stewart
Kathleen Wills
OPPENHEIM +ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
scott@oandzlaw.com
mstewart@oandzlaw.com
kwills@oandzlaw.com

Alexander Kaplan
Daryl L. Kleiman
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
dkleiman@oandzlaw.com

*Attorneys for Plaintiffs*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 11, 2026, I authorized the electronic filing of a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to counsel of record below:

Joshua D. Branson
Scott H. Angstreich
Andrew C. Shen
Kenneth M. Fetterman
Dennis D. Howe
Jordan R.G. Gonzalez
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
jbranson@kellogghansen.com
sangstreich@kellogghansen.com
ashen@kellogghansen.com
dhowe@kellogghansen.com
jgonzalez@kellogghansen.com
kfetterman@kellogghansen.com

Stephen J. Zralek
S. Chase Fann
Spencer Fane LLP
511 Union Street, Suite 1000
Nashville, Tennessee 37219
szralek@spencerfane.com
cfann@spencerfane.com

/s/ *Steven A. Riley*
Steven A. Riley

3