# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

CONCORD MUSIC GROUP, INC. ET AL.,

      Plaintiffs,

      v.

X. CORP. D/B/A TWITTER AND X

      Defendant.

Case No. 3:23-cv-00606
District Judge Aleta A. Trauger

## PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rules 5.03 and 7.01 and § 5.07 of Administrative Order No. 167-1, Plaintiffs move the Court for leave to file under seal an unredacted version of Plaintiffs' Second Amended Complaint (the "Complaint").

Under the Stipulated Protective Order (ECF 104, as supplemented by ECF 129) (the "Protective Order"), a party wishing to include in a document filed with the Court any information designated CONFIDENTIAL, HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, or RESTRICTED COMPETITIVELY SENSITIVE INFORMATION "shall file a motion seeking an order from the Court to file the document (or a portion of the document) under seal pursuant to Local Rule 5.03." Protective Order at 15 § 14. The Complaint includes information from (a) documents Defendant produced and (b) transcripts of deposition testimony from Defendant's witnesses, which Defendant has designated as CONFIDENTIAL, HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, and/or RESTRICTED COMPETITIVELY SENSITIVE INFORMATION. The parties have met and conferred, and Defendant does not oppose this request. Thus, pursuant to the Protective Order, Plaintiffs have filed an unredacted copy of the Complaint under seal.