Motion DENIED AS MOOT without prejudice.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

CONCORD MUSIC GROUP, INC. ET AL.,

*Plaintiffs*,

v.

X CORP., D/B/A TWITTER,

*Defendant*.

Case No. 3:23-cv-00606
District Judge Aleta A. Trauger

### DEFENDANT X CORP.'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE LICENSE AGREEMENTS

Defendant X Corp. ("X") respectfully moves to compel Plaintiffs to produce their license agreements (and related information) with other social media companies. As explained more fully in the accompanying Memorandum of Law, the actual license agreements – and accompanying information such as financial modeling and litigation threats surrounding negotiations – are necessary for X's experts to accurately evaluate those licenses as potential benchmarks for their damages opinions. Plaintiffs' proposal to produce only raw revenue data, devoid of context, is not enough. While Plaintiffs have raised confidentiality concerns, the unusually restrictive, negotiated Protective Order fully addresses those. And the Plaintiffs ignore that courts and regulators have repeatedly ordered the production of these and similar license agreements in other cases.

Pursuant to the Case Management Order (Dkt. No. 101) and Local Rule 7.01(a), the parties have held multiple meet and confers on this issue, as well as a teleconference with the Court during which Plaintiffs opposed the requested relief. X now submits this Motion pursuant to the Court's Order establishing a briefing schedule for both sides. (Dkt. No. 171).