# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. *ET AL.*, <br><br> *Plaintiffs*, <br> v. <br><br> X CORP., D/B/A TWITTER, <br><br> *Defendant*. | Case No. 3:23-cv-00606 <br><br> District Judge Aleta A. Trauger |

## DEFENDANT X CORP.'S MOTION TO DISMISS
## THE SECOND AMENDED COMPLAINT

Defendant X Corp. respectfully moves to dismiss Plaintiffs' Second Amended Complaint. As explained more fully in the accompanying Memorandum of Law, the Supreme Court's recent decision in *Cox Communications, Inc. v. Sony Music Entertainment*, 146 S. Ct. 959 (2026), forecloses Plaintiffs' theory of contributory copyright infringement. *Cox* established that a service provider may be held contributorily liable for its users' infringement only through inducement or tailoring. Plaintiffs do not allege tailoring. They also disclaimed any inducement theory when they filed this lawsuit, instead relying on a material-contribution theory that *Cox* has now abrogated. Plaintiffs' attempt to retrofit an inducement theory fails as a matter of law because the allegations suggest only insufficient action to prevent infringement, which *Cox* and other cases have held cannot support an inducement claim.

Accordingly, for the reasons set forth in the accompanying Memorandum of Law, the Declaration of Joshua D. Branson, and the exhibits attached to that declaration, the Court should dismiss the Second Amended Complaint with prejudice.

Dated:  June 11, 2026

Respectfully submitted,

/s/ Joshua D. Branson

Stephen J. Zralek (No. 18971)
S. Chase Fann (No. 36794)
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, Tennessee 37219
Telephone: (615) 238-6300
Facsimile: (615) 238-6301
szralek@spencerfane.com
cfann@spencerfane.com

Joshua D. Branson (*pro hac vice*)
Scott H. Angstreich (*pro hac vice*)
Kellogg, Hansen, Todd,
  Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
jbranson@kellogghansen.com
sangstreich@kellogghansen.com

*Counsel for Defendant X Corp.*

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I filed the foregoing document with the Court and served it on counsel through the Court's CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

John R. Jacobson
Steven Allen Riley
Timothy G. Harvey
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
jjacobson@rjfirm.com
sriley@rjfirm.com
tharvey@rjfirm.com

Kathleen E. Wills
Keith T. Howell
Matthew J. Oppenheim
Meredith E. Stewart
Scott A. Zebrak
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
kwills@oandzlaw.com
khowell@oandzlaw.com
matt@oandzlaw.com
mstewart@oandzlaw.com
scott@oandzlaw.com

Alexander Kaplan
Andrew L. Guerra
Carly Rothman
Daryl Lian Kleiman
Oppenheim & Zebrak, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
alex@oandzlaw.com
andrew@oandzlaw.com
carly@oandzlaw.com
dkleiman@oandzlaw.com

*/s/ Stephen Zralek*
Stephen J. Zralek