**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

|  |  |
|---|---|
| CONCORD MUSIC GROUP, INC. ET AL., | |
| *Plaintiffs*, | Case No. 3:23-cv-00606 |
| v. | District Judge Aleta A. Trauger |
| X CORP., | |
| *Defendant*. | |

## NOTICE OF WITHDRAWAL

Pursuant to LR 83.01(g), Ashle J. Holman of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. hereby withdraws as counsel of record for Defendant X Corp. in this case. As grounds for this withdrawal, Ms. Holman states that she is withdrawing from the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. Attorneys from the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. will continue as counsel of record for Defendant. Because Defendant is still being represented by other attorneys of record from the same law firm, no proof of prior written notice is required under L.R. 83.01(g).

Dated: June 29, 2026

Joshua D. Branson (*pro hac vice*)
Scott H. Angstreich (*pro hac vice*)
Andrew C. Shen (pro hac vice)
Kenneth M. Fetterman (*pro hac vice*)
Dennis D. Howe (*pro hac vice*)
Kellogg, Hansen, Todd,
  Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999

Respectfully submitted,

*/s/ Stephen Zralek*
Stephen J. Zralek (No. 18971)
S. Chase Fann (No. 36794)
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, Tennessee 37219
Tel: (615) 238-6300
Fax: (615) 238-6301
szralek@spencerfane.com
cfann@spencerfane.com

jbranson@kellogghansen.com
sangstreich@kellogghansen.com
ashen@kellogghansen.com
dhowe@kellogghansen.com
kfetterman@kellogghansen.com

*Counsel for Defendant X Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2026, I filed the foregoing document with the Court and served it on counsel through the Court's CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

*/s/ Stephen Zralek*
Stephen J. Zralek