# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

CONCORD MUSIC GROUP, INC. ET AL.,

Plaintiffs,

v.

X CORP., D/B/A TWITTER,

Defendant.

Case No. 3:23-cv-00606
District Judge Aleta A. Trauger

## JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(A)(1)(A)(ii)

Plaintiffs Concord Music Group, Inc., Universal Music Corp. d/b/a 360 Music, d/b/a Universal Music Works, Songs of Universal Inc. d/b/a Universal Music Works, d/b/a Universal Tunes, Universal Music – MGB NA LLC d/b/a Universal Music Careers, d/b/a Universal Music – MGB Songs, d/b/a Universal Music Rights, Polygram Publishing, Inc., Universal Music – Z Tunes LLC, d/b/a Universal Music – Z Songs, d/b/a Universal Music – Z Melodies, Universal Musica, Inc., d/b/a Universal Music Works, d/b/a Universal Musica Unica, ABKCO Music, Inc., Anthem Entertainment L.P., Big Machine Music, LLC, BMG Rights Management (US) LLC, Downtown Music Publishing, LLC, Kobalt Music Publishing America, Inc., Mayimba Music, Inc., J&N Publishing, LLC, Payday Music Publishing, LLC f/k/a Ultra International Music Publishing, LLC, Ultra Music Publishing Europe AG, Peer International Corporation, Peermusic, LTD., Peermusic III, LTD., Peertunes, LTD., Songs of Peer, LTD., Southern Music Publishing Co., Inc., Lyra SA (Delaware) L.P., Reservoir Media Management, Inc., Sony Music Publishing (US) LLC, Colgems-EMI Music Inc., EMI April Music Inc., EMI Blackwood Music Inc., EMI

Consortium Music Publishing, Inc., EMI Consortium Songs, Inc. d/b/a EMI Longitude Music, EMI Entertainment World Inc. d/b/a EMI Foray music, d/b/a EMI Pop Music Publishing, and d/b/a EMI Pop Music Publishing, Inc., EMI Feist Catalog Inc., EMI Mills Music Inc., EMI U Catalog Inc., Famous Music LLC, Jobete Music Co., Inc., Screen Gems-EMI Music Inc., Stone Agate Music, Stone Diamond Music Corp., Hipgnosis Songs Group, LLC, Big Family LLC, Lyric Copyright Services, LP, The Royalty Network, Inc., Gene Autry's Western Music Publishing Co., Intersong U.S.A., Inc., Rick's Music Inc., Unichappell Music Inc., W Chappell Music Corp. d/b/a WC Music Corp., W.C.M. Music Corp., Warner Chappell Music, Inc. d/b/a Chappell & Co. Inc. and d/b/a Warner Geometric Music, Warner-Tamerlane Publishing Corp., Wixen Music Publishing, Inc. (collectively, "Plaintiffs") and Defendant X. Corp. d/b/a X ("Defendant") hereby jointly stipulate to dismissal of all claims in this matter with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each side bearing its own costs, expenses, and attorneys' fees.

Dated: July 16, 2026          Respectfully submitted,


         */s/ Steven A. Riley*
         Steven A. Riley (No. 6258)
         John R. Jacobson (No. 14365)
         Tim Harvey, (No. 21509)
         RILEY & JACOBSON, PLC
         1906 West End Avenue Nashville, TN 37203
         (615) 320-3700
         sriley@rjfirm.com
         jjacobson@rjfirm.com
         tharvey@rjfirm.com

         Scott A. Zebrak (*pro hac vice*)
         Matthew J. Oppenheim (*pro hac vice*)
         Keith Howell (*pro hac vice*)
         Meredith Stewart (*pro hac vice*)
         Kathleen Wills (*pro hac vice*)
         OPPENHEIM +ZEBRAK, LLP
         4530 Wisconsin Ave., NW, 5th Floor
         Washington, DC 20016
         Telephone: (202) 480-2999

2

scott@oandzlaw.com
matt@oandzlaw.com
khowell@oandzlaw.com
mstewart@oandzlaw.com
kwills@oandzlaw.com

Alexander Kaplan (*pro hac vice*)
Carly Rothman (*pro hac vice*)
Andrew Guerra (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue,19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
carly@oandzlaw.com
andrew@oandzlaw.com

*Attorneys for Plaintiffs*

/s/ Stephen J. Zralek
Stephen J. Zralek (No. 18971)
S. Chase Fann (No. 36794)
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6300
Facsimile: (615) 238-6301
szralek@spencerfane.com
cfan@spencerfanc.com

Joshua D. Branson (*pro hac vice*)
Scott H. Angstreich (*pro hac vice*)
Andrew C. Shen (*pro hac vice*)
Dennis D. Howe (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M. Street NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
jbranson@kellogghansen.com
sangstreich@kellogghansen.com
ashen@kellogghansen.com
dennis@kellogghansen.com

*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2026, I authorized the electronic filing of a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to the parties' counsel of record.

/s/ Steven A. Riley

4